FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>


<u>New</u>


<u>Name Change</u>


<u>Platinum Leader Change</u>


<u>Correction</u>


<u>Removal</u>


No changes since last quarterly submission January, 2020.


Submitted:  04/29/2020